1044

[No. 70605-5-I.   Division One.   August 4, 2014.]

*In the Matter of the Detention of* KINTA HOLLINS.

Appeal from a judgment of the Superior Court for King County, No. 13-6-01538-7, Beth M. Andrus, J., entered June 14, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Appelwick, JJ.

[No. 70613-6-I.   Division One.   August 4, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL THOMAS THRASHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-07228-7, Richard D. Eadie, J., entered May 24, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 70854-6-I.   Division One.   August 4, 2014.]

DIMENSION FUNDING, LLC, *Respondent*, v. CALL-O-CALL, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-42000-1, Theresa B. Doyle, J., entered July 19, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Lau, JJ.

[No. 70895-3-I.   Division One.   August 4, 2014.]

ROBERT W. DAHLGREN, *Respondent*, v. NORTHWEST TRUSTEE SERVICES, INC., ET AL., *Defendants*, OMEGA P. PAULITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-40312-4, Kimberley Prochnau, J., entered March 11, April 26, and August 12, 2013. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Trickey, JJ.